UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

Amy Michelle Austin

Plantiff,

vs.

Swain County Detention Center et al
Curtis Cochran
Leanna Arch

Defendant(s).

COMPLAINT

Case No. 1:19 cv 178

## A. JURISDICTION

Jurisdiction is proper in this court according to:

✓ 42 U.S.C. §1983

____ 42 U.S.C. §1985

____ Other (Please specify) _____

## B. PARTIES

1. Name of Plaintiff: Amy Michelle Austin
   Address: PO Box 1398
   Bryson City, NC 28713

2. Name of Defendant: Swain County Detention Center et al.
   Address: P.O. Box 1398
   Bryson City, NC 28713

Is employed as Sherriffs Office D's at Swain County Detention
                (Position/Title)            (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO ___, if "YES" briefly explain:
Swain County Detention Center, Bryson City North Carolina housing county, state and federal detainees

3. Name of Defendant: Leanna Arch
   Address: P.O. Box 1398
   Bryson City, NC 28713

   Is employed as <u>Administrator</u> at <u>Swain County Detention Center</u>
   (Position/Title)         (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO ___, if "YES" briefly explain:
   This defendant is an Administrator of S.C.S.O in Bryson City. She prepared handbook for this facility which is under approval by the Sherriff.

4. Name of Defendant: Curtis Cochran
   Address: P.O. Box 1398
   Bryson City, NC 28713

   Is employed as <u>Sherriff</u> at <u>Swain County Detention Center</u>
   (Position/Title)         (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO ___, if "YES" briefly explain:
   This defendant is the Sherriff at Swain County and rules that violate inmate rights are under his approval. The handbook states "they will take our constitutional rights

(Use additional sheets if necessary.)

C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

Since being housed at SCSO several rights have been violated. When I address detention officers or ranking officers I get the answer "Welcome to Swain County". They are not receptive to inmate concerns and/or needs. This has been ongoing since April 4, 2019 upon intake until present time May 30, 2019

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: __Violation of 8th Ammendment cruel and unusual punishment__
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
   I have ask for reasonable amount of toilet paper. Due to medical needs and am refused per inmate handbook, females are given 2 rolls weekly. Medical nurse has approved additional for plantiff due to having Crohns disease. Inmate is often indigent.

b. (1) Count 2: __Violation of 8th Ammendment Cruel and Unusual punishment__
   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
   Inmates are to wake up everyday at 6am make beds and cant go to bed until 11pm. 7 days week. leaving only 7 hours night sleep. Tempertures are below average or normal. If we dont comply we face disciplnary action.

## E. INJURY

How have you been injured by the actions of the defendant(s)?

No physical injuires only mental and emotional distress. I've had to use whatever was readily available to wipe with eg. t-shirt (reordered new one), sanitary napkins In count 3 Prea and privacy right violated by officer seeing in shower was embarassed and would often "put off" showering until absolutely necissasary or female was working. Count 4 - No fresh air, breathing same stale air no# outside recreation offered. Sneezing, stuffy and having headaches from same inside air.

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?  YES _____  NO ✓

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s):_____

Defendants(s):_____

2. Name of court and case or docket number:

_____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

_____

4. Issued raised:

_____

_____

_____

5. When did you file the lawsuit?_____
   Date: Month/Year

6. When was it (will it be) decided?_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?  YES ✓  NO _____

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

I spoke with detention officers, the Lieutenant and also filed grievances. The grievance system is answered through the defendent(s).

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

Count 1. Reasonable toilet paper if needed. I have had surgery on abdomen and require more toilet paper than 2 rolls weekly sometimes, and sometimes don't have funds to purchase. I have purchased when able.

Count 2. Revised rule to allow inmates to have at least 8 hours daily to be in bed. Monday through Friday 10pm - 6pm is reasonable. Weekends and holidays should be anytime an inmate wants to sleep as administration is "off duty"

Count #3 See attachment

Count #4 See attachment

JURY TRIAL REQUESTED    YES ____    NO ✓

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at Swain County Det. Center on May 22, 2019.
Bryson City, N.C.
(Location)         (Date)

Amy Michelle Austin
Signature

## Count 3 Continued

I feel like my privacy is being violated due to male officers seeing in the showers in female housing B-pod. I arrived at the S.C.S.O. on April 4, 2019 and addressed the issue and was concerned about the "PREA" Prison Rape Elimination Act. Theres is NO private/confidential system in place to report any incident(s). I addressed this issue with Sergeant Travis, Lieutenant Grant and also Detention Officer Chris, since being here April 4, 2019 to present time. I havent been properly informed here and "PREA" is not posted anywhere in the pod nor have I seen it in any other areas.

### Relief Requested.

Male officers to announce themselves upon entering the housing unit to allow females to "cover up" or get dressed if entering or exiting the unit/pod. If male comes on the floor, must be accompanied by female officer to prevent male from nasty sexual comments. I would like a system put in place, on the kiosk or by phone; should myself or any other inmate feel subject to sexual assault or harassment by staff or other inmate actions. This should be confidential. I should not have to stop officer on rounds and tell them in front of everyone.

Count 4 continued.

Violation of 8th ammendment

As a federal inmate at Swain County Detention Center I'm being refused recreation time outside housing unit. I have addressed several detention officers and been told we have plenty of room inside unit for recreation. I was transferred from Abingdon Virginia to Bryson City North Carolina (S.C.S.O) April 4, 2019. I have yet to go outside to get fresh air and exercise.

On May 29, 2019 Administrator Leann Arch came to B-pod with the nurse to address medical complaints. While in the pod and all inmates at table in day room we were able to ask questions on other topics. I ask Ms Arch about recreation time. She again confirmed "there is sufficient" room in the pod to move about and exercise. She said that the inmates, including myself, would "not ever be able to go outside" she said she "did not have staff to watch us outside". I believe me 8th ammendment is being violated by not allowing any recreation time. I have been at this facility since April 4, 2019 which is just a few days short of 2 months with no recreation time. This is cruel and unusual punishment.

Relief Requested.
I would like to be offered recreation of one hour daily

Count 4

offered to me ~~and~~ on a daily basis. We are allowed to take our uniform off from 2pm until 3pm and exercise I our pod and that is considered recreation. My body needs some fresh air and I would like the opportunity to get some if only occassionally.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

Clerk of Court
Bryson City Division Office
100 Otis St. Rm 309
Ashville, NC 28801

This the 22nd day of May, 2019.

*Amy Michelle Austin*
Signature

Amy Michelle Austin
(Print Name)