# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Amy Michelle Austin**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00178-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Leanna Arch | ) | |
| Swain County Detention Center | ) | |
| Curtis Cochran**,** | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 26, 2020 Order.

May 26, 2020

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court